IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-270 |
| | ) |
| LISA PRICE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 15th day of May, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered July 31, 2008 IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, June 4, 2009 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the hearing on defendant's Motion to Produce Evidence, scheduled for June 4, 2009, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Carolyn J. Bloch,
    Assistant United States Attorney

    Elisa A. Long,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation